**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LA'KEESHA MITCHELL,

     Plaintiff,

v.                                                                              Case No.  8:11-cv-276-T-30MAP

MARRIOTT OWNERSHIP RESORTS, INC.
d/b/a MARRIOTT VACATION CLUB
INTERNATIONAL,

     Defendant.

_____/

**ORDER OF DISMISSAL**

The Court has been advised by counsel for Plaintiff and Defendant that the above-styled

action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice

subject to the right of any party to re-open the action within sixty (60) days of the date of this order,

to submit a stipulated form of final order or judgment should they so choose **or** for any party to

move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal

shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed

to close the file.

     **DONE** and **ORDERED** in Tampa, Florida on March 6, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-276.dismissal.wpd