UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LA'KEESHA MITCHELL,

    Plaintiff,

v.                                       Case No. 8:11-cv-276-T-30MAP

MARRIOTT OWNERSHIP RESORTS, INC.
d/b/a MARRIOTT VACATION CLUB
INTERNATIONAL,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Court has been advised by counsel for Plaintiff and Defendant that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on March 6, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cv-276.dismissal.wpd